UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:21-cv-00094

———

**Billie Yates,**
*Plaintiff,*

v.

**Allyson Mitchell,**
*Defendant.*

———

**ORDER**

    Plaintiff, Billie Yates, filed the above-styled and numbered civil rights lawsuit pursuant to Title VII of the Civil Rights Act of 1964 on March 5, 2021. Doc. 1. On August 26, 2021, this court administratively closed plaintiff's case during the pendency of her Smith County criminal case. Doc. 26. The court informed plaintiff that the case will be "dismissed if the court has not heard from [p]laintiff within two years from the entry of the order administratively closing the case." *Id.* More than two years have passed since the court's entry of the order administratively closing this case and the court has not heard from plaintiff. Accordingly, plaintiff's complaint is dismissed without prejudice. The clerk of court is directed to close this case.

    *So ordered by the court on August 30, 2023.*

J. CAMPBELL BARKER
United States District Judge