UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00094

**Billie Yates,**
*Plaintiff,*

v.

**Allyson Mitchell,**
*Defendant.*

# ORDER

In August 2023, the court dismissed this case without prejudice. Doc. 27. Plaintiff promptly filed an unopposed motion to reopen the case and reinstate the stay of this matter on the grounds that her criminal charges in Anderson County remain pending. Doc. 28. Because plaintiff's criminal proceedings were ongoing and plaintiff desired to proceed with this case, the court granted the motion. Doc. 31.

According to plaintiff's recent status reports, her state criminal case has not been resolved and is set for trial in December 2025. Docs. 38, 39. This case is therefore administratively closed pending resolution of plaintiff's state criminal case. This case will be reopened after plaintiff's state criminal proceedings are concluded. Plaintiff shall continue to file a status report every six months informing the court of the status of her criminal proceedings and whether she still intends to pursue this action. Plaintiff is warned that a failure to comply with this order may result in dismissal of this action.

*So ordered by the court on September 16, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -